JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE CASUALTY COMPANY, a Michigan corporation, <br><br> Plaintiff, <br><br> v. <br><br> TERRA MANOR, INC., dba HUGS FOSTER FAMILY AGENCY; N.F., A.F., by and through her guardian ad litem, Melvin Friedland; and the COUNTY OF SAN BERNARDINO, <br><br> Defendants. <br><br> COUNTY OF SAN BERNARDINO, <br><br> Cross-Complainant, <br><br> v. <br><br> PROASSURANCE CASUALTY COMPANY, a Michigan corporation, and ROES 1 through 20, inclusive, <br><br> Cross-Defendants. | Case No. 5:20-cv-00405-JGB-SPx <br><br> [Assigned to Hon. Jesus G. Bernal, Courtroom 1] <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: 2/28/20 <br> Trial: Not Set |

Having reviewed and accepted the representations and stipulations from ProAssurance Casualty Company, Terra Manor, Inc., dba Hugs Foster Family Agency, N.F., and A.F., by and through her guardian ad litem, Melvin Friedland,

and the County of San Bernardino, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. ProAssurance's Complaint filed on February 28, 2020, and the County of San Bernardino's Cross-Complaint filed April 10, 2020, are dismissed with prejudice;

2. The County of San Bernardino shall bear its costs and attorney fees in connection with the dismissal of the entire Action with prejudice;

3. Except as otherwise provided under the terms of Policy No. SFC9766219, Hugs FFA shall bear its costs and attorney fees in connection with the dismissal of the entire Action with prejudice; and

4. N.F., and A.F., by and through her guardian ad litem, Melvin Friedland, and the County of San Bernardino shall be bound by all coverage decisions rendered in the binding arbitration to be conducted by ProAssurance and Terra Manor, Inc., dba Hugs Foster Family Agency.

**IT IS SO ORDERED.**

DATED: June 24, 2020

HON. JESUS G. BERNAL
U.S. DISTRICT JUDGE